# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
         Plaintiff )
                     )
       -vs-        )
**Silva, Fabricio** )
         Defendant )

CASE NUMBER: CR **12-2004-PRP**

REPORT COMMENCING CRIMINAL ACTION

**84183-004**

********************************************************************

TO: CLERK'S OFFICE   **(MIAMI)**   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **01/03/2012  6:00 a.m./p.m.**
(2) LANGUAGE(S) SPOKEN: **Portuguese + English - (some)**
(3) OFFENSE(S) CHARGED: **8 USC 1326**

(4) UNITED STATES CITIZEN: ( ) YES  (✓) NO  ( ) UNKNOWN
(5) DATE OF BIRTH: **07/09/81**
(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT    [ ] COMPLAINT   CASE # _____
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: _____
   COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES  [ ] NO

AMOUNT OF BOND: $_____  WHO SET BOND? _____

(7) REMARKS: _____
(8) DATE: **01/03/2012** (9) ARRESTING OFFICER **Joanic Montoto**
(10) AGENCY **DHS/HSI** (11) PHONE # **800 X SECTOR**
(12) COMMENTS _____